OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST-CLASS

POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUL 23 2015

7/22/2015
**SANTIAGO, ERICK LUIS AKA SANTIAGO, ERIK LUIS**    **Tr. Ct. No. W14-33687-Y (A)**    **WR-83,504-01**
On this day the Application for writ of habeas corpus has been dismissed without written order; (Ex Parte Ybarra, 149 S.W. 3D 147 (Tex. Crim. App. 2004)); Ex Parte Florence, 319 S.W. 3d 695 (Tex. Crim. App. 2010).

Abel Acosta, Clerk

ERICK LUIS SANTIAGO
LYCHNER UNIT - TDC # 1973544
Sheriff Lupe Valdez
133 N. Industrial Blvd, LB-31
Dallas, Texas 75207-4313

N3B 77396